## Ex Parte Santiago Et Al.

### Solicitud para que se expida mandamiento de *Habeas Corpus.*   •

No. 41.—Resuelto en Noviembre 26, 1904.

Jurisdicción—Jueces de Paz.—Los Jueces de paz no tienen competencia para conocer de un delito que traiga aparejada las penas de quince dollars de multa ó treinta dias de carcel ó ambas penas á la vez.

Id.—Habeas Corpus.—Si un acusado fuera condenado por un Tribunal que no tuviese jurisdicción sobre el delito que se le imputa, su prisión es ilegal y debe ser excarcelado en procedimiento de Habeas Corpus.

### EXPOSICIÓN DEL CASO.

Los peticionarios, Marcelino Santiago y Mariano Lopez, alegaron, como uno de los fundamentos para que se decretara su excarcelación en este procedimiento de Habeas Corpus, el siguiente:

"El Juzgado de Paz de la Carolina se ha extralimitado en su jurisdicción y competencia:

De acuerdo con el Art. 549 del Código Penal "cualquiera persona que lleve consigo (*abroad*) arma alguna de otra clase violando de este modo el Art. 548 del presente título será castigada con una multa máxima de quince dollars ($15.00) ó con prisión que no excederá de treinta (30) días *ó con ambas penas, multa y prisión, á discreción del Juez de Paz.*"

Según el art. 550 del Código Penal el Juez de Paz tiene atribuciones para conocer de las infracciones del Título XVIII de dicho Código.

Mas el antedicho Art. 550 confiriendo tal jurisdicción á los Jueces de Paz quedó derogado y revocado por una ley posterior, con la cual está en pugna á saber: la sección 14 de la ley de la Asamblea Legisla-

tiva de Puerto Rico titulada "Ley para reorganizar el sistema judicial de Puerto Rico y para otros fines." Aprobada en 10 de Marzo de 1904.

Según esta última ley los Jueces de Paz no pueden conocer más que en infracciones de la ley que aparejen pena *ó bien que no exceda de quince (15) dollars de multa ó treinta días de carcel;* pero *nó si* el delito imputado *puede aparejar ambas penas á la vez.*

Es así que los Jueces de Paz sólo tienen competencia en delitos que aparejen pena de 15 dollars de multa ó treinta días de Carcel (pero nunca ambas penas á la vez) por consiguiente, el Juez de Paz de la Carolina no tuvo competencia para fallar sentencia contra vuestro peticionario condenándole á prisión por 30 días de cárcel."

Abogado de los peticionarios: *Sr. Guerra.*

*Opinión del Tribunal.*

No teniendo competencia el Juez de Paz de la Carolina para conocer de esta causa por tratarse de un delito que según el artículo 549 del Código Penal trae aparejada las penas de quince dollars de multa ó treinta días de cárcel, ó ambas penas á la vez. Vista la sección 14 de la Ley de la Asamblea Legislativa para reorganizar el sistema judicial de Puerto Rico, aprobada en 10 de Marzo del corriente año, y visto además el número 1 del artículo 483 del Código de Enjuiciamiento Criminal, se declara con lugar la petición de excarcelación formulada por el abogado Don Miguel Guerra á nombre de Marcelino Santiago y Mariano López, y en su consecuéncia se decreta la inmediata excarcelación de dichos prisioneros, con las costas de oficio.

Jueces concurrentes: Sres. Presidente Quiñones, y Asociados Hernández, Figueras, MacLeary y Wolf.